1  Lara C. de Leon CA Bar No. 270252
   lara.deleon@ogletree.com
2  Natalie Hernandez CA Bar No. 289350
   natalie.hernandez@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower
4  695 Town Center Drive
   Fifteenth Floor
5  Costa Mesa, CA  92626
   Telephone:   714.800.7995
6  Facsimile:   714.754.1298

7  Attorneys for Defendant,
   STARBUCKS CORPORATION

8                 **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  ABRYANNA HOWARD, an
    individual,

13              Plaintiff,

14       v.

15  STARBUCKS CORPORATION, a
    Washington corporation; and DOES 1
16  to 50, inclusive,

17              Defendants.

18

19

20

| Case No. |
| --- |
| **DECLARATION OF LARA C. de LEON IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION** |
| *[Filed concurrently with Notice of Removal; Civil Cover Sheet; Declaration of Sarah Rogers; Certification of Interested Parties; Corporate Disclosure Statement; and Notice of Related Cases]* |
| Action Filed: March 21, 2018 |

21

22

23

24

25

26

27

28

34038459_1.docx

---

DECLARATION OF LARA C. de LEON IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S
NOTICE OF REMOVAL OF CIVIL ACTION

# DECLARATION OF LARA C. de LEON

I, Lara C. de Leon, certify and declare as follows:

1.      I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California.  I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant STARBUCKS CORPORATION (hereinafter "Defendant") in this action.

2.      I submit this declaration in support of Defendant's Notice of Removal of Civil Action under 28 U.S.C. §§ 1332 and 1441(b).  If called as a witness, I could and would testify competently testify to the facts set forth herein.

3.      Attached as "**Exhibit A**" is a true and correct copy of a relevant excerpt from the 2017 Judicial Caseload Profile for the Central District of California, which is available on the website, http://www.uscourts.gov.

4.      I have practiced employment law since 1998.  Based on my experience, attorneys' fees in California Fair Employment and Housing Act cases often exceed $75,000.  A true and correct copy of the $1,514,140.00 fee award in *Beasley v. East Coast Foods, Inc.* Case No. BC509995 (Los Angeles County Sup. Ct.) is attached hereto as "**Exhibit B**."

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 10, 2018, in Phoenix, Arizona.

/s/ *Lara C. de Leon*
Lara C. de Leon

34038459_1.docx

DECLARATION OF LARA C. de LEON IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S
NOTICE OF REMOVAL OF CIVIL ACTION

## PROOF OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made.  My business address is Park Tower, 15th Floor, 695 Town Center Drive, Costa Mesa, CA 92626. On May 10, 2018, I served the following document(s): DECLARATION OF LARA C. de LEON IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

Jay S. Rothman, Esq.
JAY S. ROTHMAN & ASSOCIATES
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
818-986-7870; Fax No: 818-990-3019
lawyers@jayrothmanlaw.com
Attorneys for Plaintiff ABRYANNA HOWARD

☒   **BY MAIL:**  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐   **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person[s] at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒   **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 10, 2018 at Costa Mesa, CA.


Lori Stockton
Type or Print Name

_____
Signature

34038459_1.docx