# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ABRYANNA HOWARD, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-CV-03915-AB-PLA<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. Andre Birotte, Jr.<br>Magistrate Judge: Hon. Paul Abrams |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the case be dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this instant action.

Dated: February 5, 2020

_____
Hon. Andre Birotte, Jr.